FILE COPY



# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00143-CR
No. 02-21-00144-CR

RODRICK DESHION STEELE JR., Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court No. 1523899D, 1523904D

---

### ORDER

We have considered appellant's "Motion for Leave of Court to File a Motion for an Untimely Extension for Appellant's Brief."

Appellant's brief was filed timely in cause number 02-21-00144-CR, but the appellant inadvertently omitted cause number 02-21-00143-CR from the style of that brief. Appellant's motion for leave seeks to correct that omission, one day after the brief's due date. The motion is **GRANTED**. This court will consider both briefs as

having been filed **Tuesday, October 4, 2022**. The State's brief in response is due

**Thursday, November 3, 2022.**

We direct the clerk of this court to send a notice of this order to the attorneys

of record.

Dated October 5, 2022.

Per Curiam